B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>GENEROSO DELILLO GUIDO | **DEFENDANTS**<br>JOHN GIANETTI, JR. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>MODESTO BIGAS MENDEZ, PO BOX 7462, PONCE, P.R. 00732, 787-844-1444 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT UNDER SECTION 363 (h) FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF CO-OWNER INTEREST, RELEASE OF LIEN, REQUEST FOR REDUCTION OF TIME TO RESPOND

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☒ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| | |
|---|---|
| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>GENEROSO DELILLO GUIDO | BANKRUPTCY CASE NO. 26-00306 | |
| DISTRICT IN WHICH CASE IS PENDING<br>PUERTO RICO | DIVISION OFFICE<br>PONCE | NAME OF JUDGE<br>MAG |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>07/23/2026 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>MODESTO BIGAS MENDEZ | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **GENEROSO DELILLO GUIDO**<br>Debtor - Movant | CASE NO. 26-00306 MAG - 13<br><br>CHAPTER 13 |
| **JOHN GIANETTI, JR.** | |
| Defendant | ADVERSARY PROCEEDING NO. |

**COMPLAINT UNDER SECTION 363(h) FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF CO-OWNER INTEREST, RELEASE OF LIEN, REQUEST FOR REDUCTION OF TIME TO RESPOND**

TO THE HONORABLE COURT:

**NOW COMES** debtor herein, GENEROSO DELILLO GUIDO, represented by his undersigned attorney and very respectfully ALLEGES AND PRAYS:

1. On January 30, 2026, the debtor filed this petition under Chapter 13 of the Bankruptcy code.

2. Norman Morales is a secured creditor of the debtor, which holds a secured claim on the following property of the debtor in which the debtor holds an undivided 50% interest with John Gianetti. The debtor and John Gianetti liquidated the latter's interest in a defunct partnership (Created on July 20, 2007)(Exhibit #1). On July 28, 2012, the debtor purchased Gianetti's interest on the partnership Exhibit #2 to this motion.

3. The Registry of the Property of Puerto Rico reflects that the debtor and John Gianetti hold equal 50% undivided interests in the following real property:

***<u>Farm Number 9825</u>***

*– " RUSTIC: Potion of land located in Barrio Parguera of the Municipality of Lajas, Puerto Rico, with a surface area of ONE THOUSAND TWO HUNDRED THIRTY FOUR AND 0.88 SQUARE METERS (1,234.88 SQ. MTS.). Adjacent on its NORTHERN portion, with parcel forty six, forty seven A, and Street One of the community; on its SOUTHERN border, with the town of Parguera, Lajas, Puerto Rico; on its EASTERN border, with parcel forty six of the community; and on its WESTERN border, with land owned by Luis Irizarry Cancel.*

The property is registered at page one hundred fourteen (114), volume two hundred twenty six (226) of Lajas, Puerto Rico, farm number nine thousand eight hundred twenty five (9,825). See Title Search: Exhibit # 3.

Cataster #: 405-073-006-01-901 CRIM debt $7,007.61 (exhibit #4)

4. The listed property has the following lien and encumbrances:

First mortgage for $75,000.00 Creditor Norman Morales (Exhibt #3)

5. The debtor has agreed to the sale of the listed property to a third party, under the following terms and conditions:

The debtors will sell the property to Ernesto Luis Jusino Roman, for the agreed amount of $300,000.00. From this amount the debtors will pay Norman Morales Morales and his wife Noemi Irizarry Toro for the release of the lien encumbering this and a second adjacent property (Farm number 816 in Lajas) the lump sum of

$225,000.00; Property taxes due farm 9825 in the amount of $7,007.61. (See option to purchase contract as Exhibit #5).

6. The Notary's fees for the transaction are as follows: (Exibit #6)

- Sale of Property:

Notary fees: $3,000.00

Stamps on the original deed: $331.00

7. The debtors have agreed that the debtors' attorney execute the deed of the deed of transfer and the cancellation of the mortgage encumbering both properties; the debtor will pay the notarial expenses and the stamps of the original deed of sale identified above. The debtor is responsible for the notary fees of $3,000.00, stamps of the certified copy in the amount of $166.00, eh buyer is responsible for the registration costs of $1,175.50 for the sale of this property. See Exhibit # 6

8. Included as Exhibits to this application are the following:

(A) Title Search for the property subject of this application;

(B) CRIM certification of property taxes owed on the property;

( C) Disclosure of fees and notarial charges for the release of lien and the sale of property;

(D) Firm offer from prospective buyer of the property

9. A proposed sale under 1 USC 363(h) which intends to sell property co-owned by a third party must be filed as an adversary proceeding under Rule 7001 ( c). A copy

of this complaint and the summons is being served on the Defendant, John Gianetti, Jr. after the summons is issued by the Court (Form 2500 a).

10. Additionally, for the sale to proceed, the debtor must satisfy the following requirements:

A. The partition in kind of the property among the debtor and its co-owner is impracticable: This is an undeveloped lot which cannot be subdivided due to planning board restrictions to further subdivide the parcel. It has no direct access to a public road and has no utilities installed that would allow subdivision;

B. The sale of the estate's undivided interest in such property would realize significantly less for the estate than the sale of such property free of the interest of the co-owner, and as is the present condition, the co-owner sold his interest in the joint partnership several years ago, on July 28, 2012; and today has no interest to recover any amounts from the sale;

C. The benefit to the estate of the sale of this property free of the interest of the co-owner outweighs the detriment, if any, to such co-owner. As stated, the debtor bought the co-owner's interest on July 28, 2012, and on this date he has no interest whatsoever in the property. There is pending in Mayaguez Superior Court a complaint for Declaratory Judgment seeking to dissolve and adjudicate to the debtor any and all interests of John Gianetti in the dissolved partnership constituted between him and the debtor. Process was served on Gianetti, and his failure to answer the complaint

prompted the court to enter default against him. See Mayaguez Superior Court docket Exhibit # 8.

D. This property is not used in the production, transmission, or distribution for sale, of electric energy of natural or synthetic gas for heat, light, or power.

11. The debtor represents that this sale complies fully with the requirements of 11 USC 363 (h) and may be authorized after Notice and Hearing.

12. RELEASE OF LIEN:

The Registry of the Property of Puerto Rico reflects that the debtor and John Gianetti hold equal 50% undivided interests in the following real property:

*Farm Number 816*

*–URBAN: Portion of land located at Barrio Parguera of the Municipality of Lajas, Puerto Rico, with a surface area of EIGHT HUNDRED TWENTY SQUARE METERS AND THIRTEEN DECIMETERS (825.13).On its NORTH boundary, is parcel number nineteen (19) of the Community; On its SOUTHERN boundary is a street for public use; on its EASTERN border, with parcel number EIGHT (8) of the comunnity; and on its WESTERN border, with parcel number Six (6) of the community.*

The property is registered at page forty (40) of volume ninety six (96) of Lajas, Puerto Rico, farm number EIGHT HUNDRED SIXTEEN (816). Exhibit # 7

Cataster Number: 9944 The farm has a CRIM Debt of $1,551.95 (Exhibit # 10

This property has the following lien and encumbrances:

First mortgage for $150,000.00 Creditor Norman Morales;

The notary fees and registration expenses for the release and cancellation of the $150,000.00 lien are $2,326.50 which will be paid by the debtor from the proceeds of the sale subject of this adversary proceeding. Exhibit # 9.

**NOTICE OF SALE OF PROPERTY;**

**REQUEST FOR REDUCTION IN THE RESPONSE TIME FROM CREDITORS AND PARTIES IN INTEREST**

9. Federal Bankruptcy Rule 6004 requires that this Notice of Transfer of Property not in the regular course of business must be given to all creditors and parties in interest according to Federal Bankruptcy Rule 2002(a)(2), (c)(1), (I) and (k), all in accordance with Section 363 (b)(2) of the code. On this same date, this motion is being served to all creditors and parties in interest in compliance with the cited sections: (1) this notice is being given by first class mail to creditors on record, and by CM/ECF notice in the court's noticing system; (2) This application includes the time and place of the address where the closing of the sale will be executed, (3) this application includes the terms and conditions of the sale to be executed; and finally (4) the legal description

of the properties to be sold (The legal description is included in the title search attached as Exhibit number 3.

10. As stated above, Rule 2002 (a)(1) requires that all creditors and parties in interest be given a 21 day notice by mail to file any objections that they may have to the proposed transfer of the debtor's properties. The buyer demands that this sale be executed before the end of the month of August, 2026, so that the buyer can take possession of the property.

In view of this situation, a reduction in the time to respond may be proper and the justification for the reduction in time to respond is evident. If the court approves the reduction in time to respond to fourteen days, the sale and release of liens will be executed on August 24, 2026, at 4:30 pm at the offices of Mr. Modesto Bigas Méndez, 515, Ferrocarril, Ponce, PR 00717.

**WHEREFORE**, the debtor requests that Honorable Court to authorize the proposed sale of property, that the reduction in the period of time to file objections be granted, and all other remedies which are proper and just be also granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will send notification of this filing to the following: US Trustee; Norman Morales, through its counsel, Lissette Morales, Esq., to her address at lamoraleslawoffice@gmail.com, and to all creditors registered to said system.

Rule 7001 ( c) applies to this complaint, I further Certify that a true copy of this motion, and its exhibits has been notified by CERTIFIED MAIL to JOHN GIANETTI, JR., to his last known address at 29 Bloomfield Avenue, New Jersey, USA 07003, Summons requested; a Draft of a proposed summons under Official Form 2500A, is attached to this complaint, to be issued by the Clerk of the Court after the complaint is filed.

In San Juan, Puerto Rico this 23rd day of July, 2026.

**MODESTO BIGAS LAW OFFICE**
Attorneys for Debtor
P.O. Box 7462
Ponce, P.R. 00732-7462
Tel. 787-844-1444;
Fax 787-842-4090
E-mail: mbigasmendez@gmail.com

By: /s/ Modesto Bigas Mendez
**MODESTO BIGAS MENDEZ**
U.S.D.C. - PR. 129507
mbigasmendez@gmail.com

# PARTNERSHIP AGREEMENT

THIS AGREEMENT OF PARTNERSHIP entered into this 20 day of July, 2007, between GENEROSO DELILLO GUIDO and JOHN GIANETTI JR.,

WITNESSETH:

That the said parties hereby agree to become partners upon the terms and conditions herein set forth:

1. **NAME OF BUSINESS:** The name of said partnership shall be "PAGUERA ENTERPRISES", under which name the partnership will carry on the business of the partnership.

2. **TERM:** The partnership shall continue for a term of ten (10) years from the date hereof, unless it shall be terminated sooner by mutual consent.

3. **CAPITAL:** The original capital of the partnership shall consist of a fifty percent (50%) interest to each party in the following assets:

The property designated as vacant land in Lajas Puerto Rico, Kilometer 3.2 on Route 304, Lots 47, 47A, consisting of approximately 2000 square meters adjacent to Yolanda's Bar & Grill.

The parties have agreed that the property in question is being purchased for the sum of $325,000 (three hundred twenty five thousand dollars). Each partner shall be responsible for 50% (fifty percent) of the purchase price. Yolanda's Bar & Grill shall pay the sum of $3000 (three thousand dollars) per year as rental to the Seller of said property.

Exhibit 1

4. **PROFIT AND LOSS:** The net profits or net losses of the partnership shall be distributed or charged to the partners in equal proportions, and shall be credited or charged as the case may be, to each other.

5. **SALARIES AND DRAWINGS:** No partner shall receive any salary for services rendered to the above partnership.

6. **MANAGEMENT, DUTIES AND RESTRICTIONS:** The parties acknowledge and agree that GENERCSO DELILLO GUIDO shall have a controlling interest in all decisions regarding improvements or modification of the property. The partners shall share equally in the profit and losses from this partnership.

7. **BANKING:** All funds of the partnership shall be deposited in a partnership bank account, as designated from time to time by the partners. All withdrawals from such accounts shall be made upon checks signed by one (1) of the partners.

8. **BOOKS:** The books of the partnership shall be maintained on the accrual basis, and shall be closed and balanced at the end of each calendar year.

9. **RETIREMENT OR SALE:** Any partner may sell his interest in or retire from the partnership, provided he had given ninety (90) days advance notice in writing to the other partner. Such retirement or sale shall cause dissolution of the partnership, but the remaining partner shall have the right to continue the partnership business. The partner who wishes to sell will pay all costs. If the remaining partner wishes to continue the partnership business, it shall have ninety (90) days to arrange financing and then shall pay the selling partner the value of his interest in the partnership. For this purpose, the value of the interest of a retiring partner shall be the value of his proportionate interest in the partnership real estate property as agreed upon, and, absent any other written agreement, the value of his proportionate interest shall be limited as provided in Clause 3,

Capital. Under no circumstances shall the partnership be liable for any debt incurred by the partner causing the dissolution by virtue of work performed in which the partnership has an interest. All fees accrued on work handled on a shared basis shall be paid to the partners, his heirs or representatives upon resolution of the file. If no agreement is reached, the retiring or selling partner shall select a qualified personal property appraiser, and the remaining partner shall select one, to determine the value of said interest, and if the two appraisers are unable to agree, they shall select a third appraiser who shall determine the value, which value shall be binding on both sides. Each party shall pay the fee for their appraiser, and the third appraiser's fee shall be equally divided between the two interests. Payment of the amount due to the retiring or selling partner shall be made in cash in one (1) installment, within ninety (90) days. Upon such payment, the selling partner shall have no further interest in the partnership or in its business or assets, and retiring or selling partner shall deliver appropriate documents and other requirements to accomplish transfer of his interest. If the continuing partnership does not elect to purchase the interest of the retiring or selling partner, the partnership shall promptly sell the business and commence to wind up its affairs and shall distribute its assets in liquidation under the supervision of all of the partners. All profits and losses in liquidation shall be allocated equally to the partners. In such liquidations, the partnership shall first pay all its debts then distribute all other proceeds to the partners equally.

10. **DEATH:** The death of any partner shall cause a dissolution of the partnership, but the surviving partners shall have the right to continue the partnership business, providing the continuing partnership pays to the estate of the deceased partner the value of his interest in the partnership – determined as indicated in Paragraph 9 above. Payment of the interest of the deceased partner shall be made to his estate in cash

within ninety (90) days after the end of the month in which such death occurs. Upon such payment, the estate of the deceased partner shall have no further interest in the partnership or in its business or assets, and his estate shall deliver appropriate Deed and other required documents to accomplish transfer of his interest. If the continuing partnership does not elect to purchase the interest of the deceased partner, the partnership shall promptly sell the property and commence to wind up affairs and shall distribute its assets in liquidation under the supervision of the surviving partner and a representative of the estate of the deceased partner.

11. **DISABILITY:** For the purposes of this AGREEMENT, disability shall be defined as a physical and/or mental condition which makes it improper or impossible to maintain a business sufficient to adequately maintain a contribution of his proportional share of expenses for a period of three (3) months. In the event that any partner shall become so disabled, the same conditions for the sale or dissolution of the partnership as set forth in Clause 9 Retirement or Sale shall apply.

IN WITNESS WHEREOF the parties have signed this agreement on the aforementioned date. July 20. 2007

WITNESS: LAWRENCE RAVITZ
ATTORNEY AT LAW
STATE OF NEW JERSEY

GENEROSO DELILLO GUIDO

JOHN GIANNETTI JR.

July, 28 2012

I John Gionetti Jr.

Entered into a Partnership Agreementon on July 20, 2007 with Generoso Delillo Guido called Parguera Enterprises.
Together we purchased 2 farms in Lajas, PR on August, 1 2007 from Norman Morales and his wife Naomi.
Finca #1 is #816- Folio 40 Toma 96 de Lajas diarios 756 asientos 1315 contrato 6454
Finca #2#9825- Municipio Lajas Series 25 / Tomo 402 No 166

Since I have been unable to make my end of payments I agree to sell my intrest for the sum of $12,000.00 cash As It States in the partnership agreement to Generoso Delillo Guido on this 28th day of July, 2012
Paid In Full

Joan C Kettypmore
Witness Notary N.J.

John Gionetti Jr.
John Gionetti Jr

Exhibit 2

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO INMOBILIARIO DIGITAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

San Germán: Sección I
Larissa Maldonado Carrasco
Registrador de la Propiedad
lamaldonado@justicia.pr.gov

## CERTIFICACIÓN DE PROPIEDAD INMUEBLE

**TURNO DE CERTIFICACIÓN: 2022-032178-CERT**

A solicitud de DAVID RODRIGUEZ VEGA se expida la presente sobre las constancias del Registro Inmobiliario Digital de Puerto Rico, y yo Larissa Maldonado Carrasco, Registrador **CERTIFICO** la siguiente información de la finca que se relaciona:

**Finca número: 9825**

**Demarcación: Lajas**

**Descripción de la Finca**

Número de Catastro: --- Rústica: COMUNIDAD RURAL LA PARGUERA de Lajas. Solar: 47. Cabida: 1,234.88 Metros Cuadrados. Linderos: Norte, con las parcelas 46 y 47-A y con la Calle 1. Sur, con Poblado La Parguera. Este, con parcela 46. Oeste, con terrenos de Luis Irizarry Cancel. /jot

Se segrega de la finca 5370 inscrita al folio 144 del tomo 156 de Lajas.

---CARGAS: Por su procedencia, se halla libre de cargas y gravamenes.

**Titulares**

Inscrita en COMUN PRO INDIVISO a favor de (i)Generoso Delillo Guido, soltero, mayor de edad, propietario y vecino de Lajas, PR, y de (ii) John Giannetti, Jr., soltero, mayor de edad, propietario y vecino de Lajas, PR, quienes adquieren por Compraventa por el precio de $125,000.00 en una proporcion de un 50 por ciento para cada uno, siendo los previos titulares registrales los esposos Norman A. Morales y Noemi Irizarry Toro. Mediante la escritura 24 otorgada en San Germán, PR, 1 de agosto de 2007, ante el notario M. Antonio Maldonado Figueroa, según la inscripción 3 al folio 166 TOMO 402 de Lajas. firmada mediante Asiento ABREVIADO en virtud de la Ley 216 del 2010, (Ley Para Agilizar el Registro) extendido el 21 de septiembre de 2012

**Cargas y Gravamenes**

**Hipoteca**: Por si, por la suma principal de $75,000.00. SIN que se exprese a favor de quien se constituye, si es directa o en garantia de pagare ni los demas terminos y condiciones . Mediante la escritura 24 otorgada en San Germán, PR, 1 de agosto de 2007, ante el notario M. Antonio Maldonado Figueroa, según la inscripción 3 al folio 166 TOMO 402 de Lajas. firmada mediante Asiento ABREVIADO en virtud de la Ley 216 del 2010 (Ley Para Agilizar el Registro) extendido el 21 de septiembre de 2012

**Libros Auxiliares**

No existen asientos relacionados a esta finca en los Registros de Embargos a favor del Estado Libre Asociado de Puerto Rico, Gravámenes por Contribuciones a favor de los Estados Unidos de América y Sentencias.

Observaciones: No tiene documentos pendientes de inscripción.

/jot

Despachado: el 6 de diciembre de 2022, 4:27PM.

Expedido la presente, hoy 12 de diciembre de 2022, 11:52AM.
Derechos: $15.00, Número de comprobante: 80533-2022-1104-92237005

**Firmado electrónicamente por el registrador Larissa Maldonado Carrasco el 12 de diciembre de 2022, 11:52AM**

Exhibit 3

**Fill in this information to identify the case:**

Debtor 1 GENEROSO DELILLO GUIDO

Debtor 2 (Spouse, if filing) ____

United States Bankruptcy Court for the: District of Puerto Rico

Case number 26-00306-MAG13

Official Form 410

# Proof of Claim

12/24

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

CRIM
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Name | CRIM | |
| Number Street | PO BOX 195387 | |
| City / State / ZIP Code | SAN JUAN / PR / 00919 | |
| Contact phone | 787-625-2746 | |
| Contact email | josetorres@crimpr.net | |

Uniform claim identifier (if you use one): ____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ____ Filed on ____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ____



Exhibit 4

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 9 4 4

**7. How much is the claim?**

$ 7,007.61. **Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

MUNICIPAL CODE ACT 107-2020 BOOK VII

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** STATUTORY LIEN ACT 107-2020 ARTICLE 7.057

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $____________

**Amount of the claim that is secured:** $ 6,593.89

**Amount of the claim that is unsecured:** $ 413.72 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $____________

**Annual Interest Rate** (when case was filed) 10.00 %

☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $____________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $______ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $______ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $______ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $______ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $______ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $______ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 02/17/2026
MM / DD / YYYY

S/ JOSE TORRES
Signature

**Print the name of the person who is completing and signing this claim:**

Name: JOSE (First name) — (Middle name) TORRES (Last name)

Title: AUTHORIZED AGENT

Company: CRIM
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: PO BOX 195387 (Number Street)
SAN JUAN (City) PR (State) 00919 (ZIP Code)

Contact phone: 787-625-2746 Email: josetorres@crimpr.net

CRIM
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

Número de Certificación
WX2026028398056
Interna

Número de Préstamo:

## ESTADO DE CUENTA
## Statement Of Account

| Número de Propiedad/Property Number: | Nombre del Dueño/This Property is under the name of: |
|---|---|
| **405-073-006-01-901** | **DELILLO GUIDE, GENEROSO** |
| Localización de la Propiedad/Property Located at: BO PARGUERA SOLAR 11 CARR 304 KM.HM 0.1 LAJAS | Dirección Postal/Postal Address: PO BOX 3440 LAJAS PR 00667 |
| Municipio/Municipality: 57 - Lajas | Fecha de Interés/ Interest Date: **30/ene/2026** |

| Tipo Notif Bill Type | | Fecha de Notif Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Adición Addition | Cantidad Adeudada Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 2026-I | @B | 01/ene/2026 | 1,034.30 | -103.44 | 0.00 | 0.00 | 0.00 | 0.00 | 930.86 |
| 2026-I | B | 01/jul/2025 | 1,034.30 | 0.00 | 0.00 | 34.00 | 103.43 | 0.00 | 1,171.73 |
| 2025-I | B | 01/jul/2024 | 1,034.30 | 0.00 | 0.00 | 138.00 | 103.43 | 0.00 | 1,275.73 |
| 2024-I | B | 01/ene/2024 | 1,034.30 | 0.00 | 0.00 | 189.57 | 103.43 | 0.00 | 1,327.30 |
| 2024-I | B | 01/jul/2023 | 1,034.30 | 0.00 | 0.00 | 241.71 | 103.43 | 0.00 | 1,379.44 |
| 2023-I | B | 01/ene/2023 | 874.63 | 0.00 | 0.00 | 47.92 | 0.00 | 0.00 | 922.55 |
| **Grand Total** | | | $6,046.13 | ($103.44) | $0.00 | $651.20 | $413.72 | $0.00 | $7,007.61 |

***Caso en Quiebra***

S: $6,593.89
U: $413.72
T: $7,007.61

La deuda con [@] no está vencida, [B] quiebra/backruptcy, [P] plan de pago/payment plan, [D] deuda en disputa/dispute, [J] deficiencia en peligro/jeopardy.

| Fecha Emitida / Issued Date | Fecha Expiración / Expires Date | |
|---|---|---|
| 17-Feb-2026 | 17-May-2026 | |

Interna

**Esta certificación no será oficial sin el importe de $2.50 en estampillas emitidas por el CRIM.**
**Es válida para gestiones de cobro.Esta certificación no incluye deudas por mejoras que estuvieran sin tasar.**

Si mediante investigación realizada posteriormente, se comprueba que esta propiedad no reune los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años correspondientes.

Nota Aclaratoria: El cómputo de los interes se calculan diariamente.
Esta certificación tendrá vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily.
This certification will be valid for 3 months from the date of issue.

**No es una certificación válida. Not a valid certification.**

## CONTRATO DE OPCIÓN DE COMPRAVENTA

---En la Ciudad de Guánica, Isla de Puerto Rico, a veintinueve de octubre de dos mil veinticinco (2025).------------------------------------------------------------------------

-----------------------------------COMPARECEN: ------------------------------------------

---DE UNA PRIMERA PARTE: GENEROSO DELILLO GUIDO, mayor de edad, soltero, comerciante y vecino de Guánica, Puerto Rico en adelante denominado en adelante como el **"DUEÑO"**.------------------------------------------------------------------------

---DE UNA SEGUNDA PARTE: **ERNESTO LUIS JUSINO ROMÁN,** mayor de edad, soltero, médico y vecino de Cabo Rojo, Puerto Rico; en adelante denominado el **"OPTANTE."**------------------------------------------------------------------------

-------------------------------- **EXPONEN Y CONVIENEN:** ----------------------------

**---PRIMERO:** GENEROSO DELILLO GUIDO es dueño en pleno dominio y legítima propiedad del inmueble que se describe como sigue:----------------------------------------

EJR

--DESCRIPCIÓN: *RUSTICA: Parcela marcada con el numero Cuarenta y Siete (47) en el plano de parcelación de la Comunidad Rural La Parguera en el Bario Parguera el termino municipal de Lajas, Puerto Rico. Con una cabida superficial de Mil Doscientos Treinta y Cuatro punto Ochenta y Ocho Metros Cuadrados (1234.88 mc). Colindando por el Norte, con las Parcelas Cuarenta y Seis (46), Cuarenta y Siete - A (47-A) y la Calle Uno - A (1-A) de la comunidad; por el Sur, con Poblado La Parguera; por el Este, con la Parcela Cuarenta y Seis (46) de la comunidad y por el Oeste, con terrenos de Luis Irizarry Cancel.*

– TRACTO: Es segregación de la finca 5370 inscrita al folio 144 del tomo 156 de Lajas.

– DOMINIO: Consta inscrita a favor de GENEROSO DELILLO GUIDO, soltero y de JOHN GIANNETTI, JR., soltero, quienes adquirieron en la proporción de un 50 % para Cada uno, por compra a Norman A. Morales y esposa Noemí Irizarry Toro, por precio de $125,000.00; según la escritura numero 24, otorgada en San Germán, el 1ro.de agosto del 2007 ante el notario Antonio Maldonado Figueroa, inscrita al folio 166 del tomo 402 de Lajas, finca 9825; inscripción tercera como asiento abreviado, en virtud de la Ley para Agilizar l Registro de la Propiedad; con fecha 21 de septiembre del 2012. ---------------

–NUMERO DE CATASTRO: 405-073-001-70-000 ----------------------------------------

– POR SU PROCEDENCIA: No tiene cargas.----------------------------------------------

Exhibit 5

– POR SI: Hipoteca constituida por los titulares en garantía de un pagaré favor de Norman A. Morales y Noemí Irizarry Toro, o a su orden, por la suma principal de $75,000.00 (no se expresa más información): según escritura numero 24, otorgada en San Germán el 1ro.de agosto del 2007 ante el notario Antonio Maldonado Figueroa inscrita al folio 166 del tomo 402 de Lajas, finca 9825; Inscripción tercera como asiento abreviado, en virtud de la Ley para Agilizar el Registro de la Propiedad; con fecha 21 de septiembre del 2012.

--TRACTO: Adquirió el Dueño un 50% indiviso por compra realizada a Norman Morales y esposa Noemi Irizarry Toro, según todo ello consta en la escritura numero 24 otorgada en San Germán, Puerto Rico el 1ro de agoso de 2007, ante el notario Antonio Maldonado Figueroa, debidamente inscrita en el Registro de la Propiedad de San Germán, Puerto Rico. Adquirió el otro 50% indiviso en la propiedad descrita por liquidación de Acuerdo de Sociedad con John Gianetti Jr., por transacción privada el 28 de julio de 2012 por John Gianetti firmada el 28 de julio de 2012 en el estado de New Jersey, Estados Unidos de America, y notarizada por la notario público Joan Ketchman. ----------------------------

---**SEGUNDO:** Las partes aquí comparecientes han convenido un contrato de Compraventa sobre la propiedad antes mencionada, el cual se formaliza bajo las siguientes: ------------------------------------------------------------------------

------------------------------**CLAUSULAS Y CONDICIONES:** --------------------

------------------------------------ **PRIMERA:** -----------------------------------

--**DERECHO DE OPCIÓN DE COMPRA**: El Dueño, por el presente documento concede al Optante el derecho exclusivo para comprar el inmueble a que se hace referencia en el hecho expositivo primero de este contrato. ------------------------------------------

------------------------------------ **SEGUNDO:** ----------------------------------

--**TERMINO:** El término para ejercitar el derecho de compra en virtud de este contrato que concede la Dueña a la Optante, será de noventa (90) días calendario, contados a partir del día de hoy. --------------------------------------------------------------------

–**CONDICIONES DE LA COMPRAVENTA:** ---------------------------------------

(i) El DUEÑO ostenta título limpio y transmisible sobre el inmueble precedentemente identificado, sujeto por sí a la hipoteca identificada anteriormente; --------

(ii) El inmueble objeto de este contrato está en condiciones aceptables para su uso por la Optante, quien la ha examinado antes del día de hoy, a su satisfacción; ----------

(iii) El inmueble objeto de este contrato está sujeto a la carga descrita anteriormente.------------------------------------------------------------------------------------------

(iv) El Dueño se obliga a obtener la liberación total de la hipoteca que grava el inmueble para la fecha que se lleve a efecto la compraventa acordada. ------------------

(v) El Dueño se obliga a llevar a cabo todos los tramites legales para que se inscriba su favor la porción de la finca que aparece registrada en un 50% a favor de John Gianetti Jr. ------------------------------------------------------------------------------------

(vi) En la escritura de compraventa comparecerá como Parte Compradora JB Investment Group, LLC.---------------------------------------------------------------------------

(vii) La propiedad objeto de esta compraventa será agrupada a una finca colindante propiedad de la Parte Optante. --------------------------------------------------------------

(viii) Este contrato de Opción le concede a la Parte Optante un derecho de compra preferente frente a terceros sobre la finca numero 816, parcela de 825.13 metros cuadrados ubicada en la colindancia Este de la finca objeto de este contrato, en términos y condiciones a ser negociados en el futuro, pero antes de un año antes del día de hoy.

(ix) Se hace constar que la comisión del Realtor, Antonio Collazo Crespo, tel. 939-308-5557, por la suma de $12,000.00 será pagada como sigue: El Optante pagará la suma de TRES MIL DOLARES ($3,000.00), y el Dueño pagará NUEVE MIL DOLARES ($9,000.00) al Realtor. ---------------------------------------------------------------------

--- ------------------------------------------**TERCERA**: ------------------------------------------

--**CAUSA O CONSIDERACIÓN**: El derecho de compraventa a que se contrae este documento, no requiere depósito. ------------------------------------------------- ----------

-----------------------------------------**CUARTO**: ----------------------------------------------

--**PRECIO DE VENTA**: El precio a pagar por la compra de la propiedad objeto de este contrato es la suma acordada y ajustada de TRESCIENTOS MIL DOLARES ($300,000.00). El precio total acordado, será satisfecho al DUEÑO en moneda de curso legal en Puerto Rico en el momento de otorgarse la correspondiente escritura de compraventa. ----------------------------------------------------------------------------

---------------------------------------- **QUINTA**: ----------------------------------------

--**EJERCICIO DE DERECHO DE OPCIÓN**: El derecho a comprar aquí conferido al OPTANTE lo ejercita mediante la firma de ambas partes de este contrato en la fecha indicada en este mismo contrato. ---------------------------------------------------------------

----------------------------------------**SEXTA**: ----------------------------------------

--**CARGAS Y GRAVÁMENES**: La propiedad objeto de este contrato será traspasada al OPTANTE libre de toda carga, gravamen o hipoteca y libre de contribuciones territoriales (CRIM). ---------------------------------------------------------------------------------

---------------------------------------- **SÉPTIMA**: ----------------------------------------

--**OTORGAMIENTO DE LA ESCRITURA:** Las partes se obligan a otorgar la correspondiente escritura de compraventa ante el notario designado por el DUEÑO, dentro de un término que no excederá de diez (10) días laborables inmediatamente siguientes a la fecha en que el DUEÑO notifique al OPTANTE que ha completado todos los trámites requeridos para la liberación de la hipoteca y de la inscripción a su nombre de la totalidad del título del inmueble. ---------------------------------------------------------------------

---------------------------------------- **OCTAVA:** ----------------------------------------

--**GASTOS:** Los gastos por concepto de sellos de Rentas Internas para el original de la escritura ce compraventa a otorgarse en su día, los honorarios del notario por concepto de las mismas serán de cuenta y cargo del DUEÑO; siendo de cuenta y cargo del OPTANTE los sellos de Rentas Internas correspondientes a la copia certificada de la escritura de compraventa, y los derechos y gastos relacionados para su inscripción en el Registro de la Propiedad. El notario para otorgar las escrituras de esta compraventa lo escogerá la DUEÑA.--------------------------------------------------------------------------

------------------------------------------ **NOVENA:** ------------------------------------------

--**EL DUEÑO Y EL OPTANTE** expresamente aceptan que la propiedad descrita en el hecho Primero expositivo de esta contrato y que es objeto de compraventa se traspasará al OPTANTE como está y donde está ("as is"). Los términos, pactos, condiciones y estipulaciones comprendidas en este documento obligarán a las partes comparecientes, así como a sus sucesores, cesionarios o causa habientes. ----------------------------------

–Este cortrato contiene todos los acuerdos entre el DUEÑO y el OPTANTE por lo que ninguna modificación al mismo será válida a menos que la misma sea consignada por escrito y sea debidamente firmada por todas las partes o sus representantes legales. ------

--**Y PARA QUE ASÍ CONSTE**, las comparecientes, en el carácter en que comparecen, suscriben el pesente contrato por encontrarlo conforme a lo convenido entre ellos, todo ello en el lugar y fecha al principio indicados. ------------------------------------------------

GENEROSO DELILLO GUIDO
DUEÑO

ERNESTO LUIS JUSINO ROMAN
OPTANTE

| Negocio: | Cancelación de pagaré | Cuantía: | $300,000.00 |
|---|---|---|---|

## Sellos para las escrituras

**Escritura Original** (Seller)

| | | |
|---|---|---|
| Rentas Internas | #5120 | $301.00 |
| Asistencia Legal | #5203 | $30.00 |
| Impuesto Notarial | #5155 | $1.00 |

**Copia Certificada** (Buyer)

| | | |
|---|---|---|
| Rentas Internas | #5120 | $150.50 |
| Asistencia Legal | #5203 | $15.00 |
| Impuesto Notarial | #5155 | $1.00 |
| Total Sellos | | $498.50 |

**Registro de la Propiedad** (Buyer)

| | | |
|---|---|---|
| Comprobante presentación | #5121 | $15.00 |
| Presentación telemática | #5101 | $10.00 |
| Comprobante de inscripción | #5111 | $1,150.00 |
| Sello Rentas Internas | #5120 | $0.50 |
| Total Aranceles | | $1,175.50 |

**Honorarios** (Seller)

| | |
|---|---|
| Honorarios notariales | $3,000.00 |
| Total Honorarios | $3,000.00 |

**COSTO TOTAL:** **$4,674.00**

Exhibit 6

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE JUSTICIA**
**REGISTRO INMOBILIARIO DIGITAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**San Germán: Sección I**
**Larissa Maldonado Carrasco**
**Registrador de la Propiedad**
**lamaldonado@justicia.pr.gov**

# CERTIFICACIÓN DE PROPIEDAD INMUEBLE

**TURNO DE CERTIFICACIÓN: 2022-032177-CERT**

A solicitud de DAVID RODRIGUEZ VEGA se expide la presente sobre las constancias del Registro Inmobiliario Digital de Puerto Rico, y yo Larissa Maldonado Carrasco, Registrador **CERTIFICO** la siguiente información de la finca que se relaciona:

**Finca número: 816**

**Demarcación: Lajas**

## Descripción de la Finca

Número de Catastro: — Urbana: BARRIO LA PARGUERA de Lajas. Solar: MENSURADO. Cabida: 825.13 Metros Cuadrados. Linderos: Norte, con el Pueblo de Puerto Rico. Sur, con una calle sin nombre. Este, con terrenos de Eugenio Ramirez. Oeste, con el Pueblo de Puerto Rico. /suv

Solar sito en calle sin nombre del poblado de La Parguera. Se forma por expediente de dominio.

—CARGAS: Por su procedencia se halla libre de cargas y gravamenes.

Cabida y linderos segun rectificacion de cabida por mensura firmada al margen de la inscripcion 14, segun la cual ademas contiene una casa de madera, cubierta de zinc, dedicada a vivienda, midiendo ocho y media varas de frente por siete y media varas de fondo y cocina anexa de iguales materiales, que mide cuatro metros de frente por tres metros de fondo.

## Titulares

Inscrita en COMUN PRO INDIVISO a favor de (i)Generoso Delillo Guido, SOLTERO, mayor de edad, propietario y vecino de Lajas, PR, y de (ii) John Giannetti, Jr., SOLTERO, mayor de edad, propietario y vecino de Lajas,PR, quienes adquieren por Compraventa por el precio de $200,000.00, en una proporcion de 50 por ciento para cada uno, mediante la escritura 23 otorgada en San German, PR, 1 de agosto de 2007, ante el notario Antonio Maldonado Figueroa, según la inscripcion 16 al Tomo Karibe.

## Cargas y Gravámenes

**Hipoteca:** Por si, en garantía de pagaré suscrito bajo afidavit número 15551, a favor de Norman Aurelio Morales Morales y su esposa Noemi Irizarry Toro, o a su orden, por la suma principal de $150,000.00. Sin intereses. Vencimiento a la presentación. Créditos adicionales: Se garantizan dos sumas adicionales de $3,000.00 cada una para cubrir las costas y gastos y para responder de los honorarios de abogado. TASACIÓN: $156,000.00. Sujeta a la cláusula de Aceleración. Mediante la Escritura 23 otorgada en San German, PR, el 1 de agosto de 2007, ante el notario Antonio Maldonado Figueroa, según la inscripción 16 al Tomo Karibe.

## Libros Auxiliares

No existen asientos relacionados a esta finca en los Registros de Embargos a favor del Estado Libre Asociado de Puerto Rico, Gravámenes por Contribuciones a favor de los Estados Unidos de América y Sentencias.

Observaciones: No tiene documentos pendientes de inscripcion.

/jot

Despachado: el 6 de diciembre de 2022, 3:46PM.

Expedido la presente, hoy 12 de diciembre de 2022, 11:42AM.
Derechos: $15.00, Número de comprobante: 80533-2022-1104-92157005

Exhibit 7

| MZ2025CV01972 \| Generoso Delillo Guido v. John Gianetti Jr | | |
|---|---|---|
| **Entrada** | **Fecha** | **Descripción** |
| 17 | 13 de julio de 2026 | ORDEN emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 10 de julio de 2026 Se ordena a la parte demandante presentar Informe de Conferencia con Antelación a Juicio. Tenga 20 días. |
| 16 | 4 de mayo de 2026 | RESOLUCIÓN SOBRE SENTENCIA SUMARIA emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 04 de mayo de 2026 con relación a MOCIÓN SOLICITUD DE SENTENCIA SUMARIA presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ)[13]. |
| 15 | 4 de mayo de 2026 | RESOLUCIÓN INFORME DE MANEJO CASO emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 04 de mayo de 2026 con relación a MOCIÓN INFORME INICIAL PARA EL MANEJO DEL CASO presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ)[14]. |
| 14 | 29 de abril de 2026 | MOCIÓN INFORME PARA EL MANEJO DEL CASO presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ) con relación a ORDEN emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 16 de abril de 2026 Habiendo transcurrido el término concedido sin haber cumplido con la orden del Tribunal sobre presentar el Informe de Conferencia con Antelación a Juicio o solicitar prórroga, se ordena la parte demandante a cumplir con la orden del Tribunal. Tenga 10 días.[12]. Corregida (INFORME INICIAL PARA EL MANEJO DEL CASO). |
| 13 | 29 de abril de 2026 | MOCIÓN SENTENCIA SUMARIA presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ). Corregida (SOLICITUD DE SENTENCIA SUMARIA). |
| 12 | 24 de abril de 2026 | ORDEN emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 16 de abril de 2026 Habiendo transcurrido el término concedido sin haber cumplido con la orden del Tribunal sobre presentar el Informe de Conferencia con Antelación a Juicio o solicitar prórroga, se ordena la parte demandante a cumplir con la orden del Tribunal. Tenga 10 días. |
| 11 | 31 de marzo de 2026 | RESOLUCIÓN ANOTACIÓN DE REBELDÍA Y ORDEN emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 24 de marzo de 2026 con relación a MOCIÓN ANOTACIÓN DE REBELDÍA presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ)[10]. |

Exhibit 8

| | | |
|---|---|---|
| 10 | 12 de marzo de 2026 | MOCIÓN ANOTACIÓN DE REBELDÍA presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ) con relación a MOCIÓN EMPLAZAMIENTO POR EDICTO presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ) con relación a SERVICE OF PROCESS BY PUBLICATION OF EDICT para JOHN GIANETTI JR por ANNETTE GUZMAN MEDINA en 23 de enero de 2026.[7] con relación a ORDEN EDICTO emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 21 de enero de 2026 con relación a MOCIÓN EMPLAZAMIENTO POR EDICTO presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ)[5]. [6]. Corregida (MOCIÓN INFORMANDO DILIGENCIAMIENTO DE EMPLAZAMIENTO POR EDICTO).[8]. |
| 9 | 3 de marzo de 2026 | RESOLUCIÓN PUBLICACIÓN EMPLAZAMIENTO POR EDICTO emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 03 de marzo de 2026 con relación a MOCIÓN MOCIÓN INFORMANDO DILIGENCIAMIENTO DE EMPLAZAMIENTO POR EDICTO presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ)[8]. |
| 8 | 10 de febrero de 2026 | MOCIÓN EMPLAZAMIENTO POR EDICTO presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ) con relación a SERVICE OF PROCESS BY PUBLICATION OF EDICT para JOHN GIANETTI JR por ANNETTE GUZMAN MEDINA en 23 de enero de 2026.[7] con relación a ORDEN EDICTO emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 21 de enero de 2026 con relación a MOCIÓN EMPLAZAMIENTO POR EDICTO presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ)[5]. [6]. Corregida (MOCIÓN INFORMANDO DILIGENCIAMIENTO DE EMPLAZAMIENTO POR EDICTO). |
| 7 | 23 de enero de 2026 | SERVICE OF PROCESS BY PUBLICATION OF EDICT para JOHN GIANETTI JR por ANNETTE GUZMAN MEDINA en 23 de enero de 2026. |
| 6 | 23 de enero de 2026 | ORDEN EDICTO emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 21 de enero de 2026 con relación a MOCIÓN EMPLAZAMIENTO POR EDICTO presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ)[5]. |
| 5 | 20 de enero de 2026 | MOCIÓN EMPLAZAMIENTO POR EDICTO presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ) con relación a EMPLAZAMIENTO para JOHN GIANETTI JR por ANNETTE GUZMAN MEDINA en 01 de diciembre de 2025.[4]. |
| 4 | 1 de diciembre de 2025 | EMPLAZAMIENTO para JOHN GIANETTI JR por ANNETTE GUZMAN MEDINA en 01 de diciembre de 2025. |

| | | |
|---|---|---|
| 3 | 1 de diciembre de 2025 | ORDEN SECRETARIA emitida y firmada por el(la) juez(a) TOMÁS E. BÁEZ COLLADO el 01 de diciembre de 2025 con relación a MOCIÓN MOCIÓN INFORMATIVA presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ)[2]. Se ordena a Secretaria a expedir emplazamientos. Vease Anejo. |
| 2 | 24 de noviembre de 2025 | MOCIÓN EXPEDIR EMPLAZAMIENTOS presentada por GENEROSO DELILLO GUIDO (MODESTO BIGAS MÉNDEZ) con relación a DEMANDA presentada por (MODESTO BIGAS MÉNDEZ).[1]. Corregida (MOCIÓN INFORMATIVA). |
| 1 | 24 de noviembre de 2025 | DEMANDA presentada por (MODESTO BIGAS MÉNDEZ). |

| Negocio: | Cancelación de pagaré | Cuantía: | $150,000.00 |
|---|---|---|---|

### Sellos para las escrituras

| | | |
|---|---|---|
| **Escritura Original** | | |
| Rentas Internas | #5120 | $151.00 |
| Asistencia Legal | #5203 | $15.00 |
| Impuesto Notarial | #5155 | $1.00 |
| **Copia Certificada** | | |
| Rentas Internas | #5120 | $75.50 |
| Asistencia Legal | #5203 | $7.50 |
| Impuesto Notarial | #5155 | $1.00 |
| Total Sellos | | $251.00 |

### Registro de la Propiedad

| | | |
|---|---|---|
| Comprobante presentación | #5121 | $15.00 |
| Presentación telemática | #5101 | $10.00 |
| Comprobante de inscripción | #5111 | $550.00 |
| Sello Rentas Internas | #5120 | $0.50 |
| Total Aranceles | | $575.50 |

### Honorarios

| | |
|---|---|
| Honorarios notariales | $1,500.00 |
| Total Honorarios | $1,500.00 |

**COSTO TOTAL:** **$2,326.50**

Exhibit 9

**Fill in this information to identify the case:**

Debtor 1 GENEROSO DELILLO GUIDO

Debtor 2 (Spouse, if filing) ____________

United States Bankruptcy Court for the: District of Puerto Rico

Case number 26-00306-MAG13

Official Form 410

# Proof of Claim

12/24

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

CRIM
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____________

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ____________

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: CRIM | Name: |
| Number Street: PO BOX 195387 | Number Street: |
| City: SAN JUAN State: PR ZIP Code: 00919 | City: State: ZIP Code: |
| Contact phone: 787-625-2746 | Contact phone: |
| Contact email: josetorres@crimpr.net | Contact email: |

Uniform claim identifier (if you use one): ____________

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) 3-1 Filed on 02/17/2026 (MM / DD / YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ____________

Exhibit 10

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 9 4 4

**7. How much is the claim?**

$ 1,551.95. **Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

MUNICIPAL CODE ACT 107-2020 BOOK VII

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ______________________

**Basis for perfection:** ______________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $ 910.13 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ______________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- ☐ No
- ☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 641.82 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☐ I am the creditor.
- ☑ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 02/17/2026
MM / DD / YYYY

S/ JOSE TORRES
Signature

**Print the name of the person who is completing and signing this claim:**

Name: JOSE (First name) — Middle name — TORRES (Last name)

Title: AUTHORIZED AGENT

Company: CRIM
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: PO BOX 195387 (Number Street)
SAN JUAN (City) PR (State) 00919 (ZIP Code)

Contact phone: 787-625-2746 Email: josetorres@crimpr.net

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

Número de Certificación
WX2026028397682
Interna

Número de Préstamo:
N/A

# ESTADO DE CUENTA
## Statement Of Account

| | |
|---|---|
| Número de Propiedad/Property Number:<br>[redacted]9944 | Nombre del Dueño/This Property is under the name of:<br>**DELILLO GUIDE, GENEROSO** |
| Localización de la Propiedad/Property Located at:<br>CARR 304 KM 3.2 BO PARGUERA, LAJAS, PR, PR 00667 | Dirección Postal/Postal Address:<br>PO BOX 3440<br>LAJAS PR 00667 |
| Municipio/Municipality:<br>57 - Lajas | Fecha de Interés/ Interest Date:<br>**30/ene/2026** |

| Tipo Notif Bill Type | | Fecha de Notif Due Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Adición Addition | Cantidad Adeudada Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 2025-UNP | B | 15/may/2025 | 599.14 | 0.00 | 0.00 | 42.68 | 89.87 | 0.00 | 731.69 |
| 2024-PLN | B | 15/may/2024 | 620.83 | 0.00 | 0.00 | 106.31 | 93.12 | 0.00 | 820.26 |
| **Grand Total** | | | $1,219.97 | $0.00 | $0.00 | $148.99 | $182.99 | $0.00 | $1,551.95 |

***Caso en Quiebra***

P: $641.82
U: $910.13
T: $1,551.95

La deuda con [@] no está vencida, [B] quiebra/backruptcy, [P] plan de pago/payment plan, [D] deuda en disputa/dispute, [J] deficiencia en peligro/jeopardy.

| Fecha Emitida / Issued Date | Fecha Expiración / Expires Date |
|---|---|
| **17-Feb-2026** | **17-May-2026** |

Interna

**Esta certificación no será oficial sin el importe de $2.50 en estampillas emitidas por el CRIM.**
**Es válida para gestiones de cobro.Esta certificación no incluye deudas por mejoras que estuvieran sin tasar.**

Si mediante investigación realizada posteriormente, se comprueba que esta propiedad no reune los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años correspondientes.

Nota Aclaratoria: El cómputo de los interes se calculan diariamente.
Esta certificación tendrá vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily.
This certification will be valid for 3 months from the date of issue.

**No es una certificación válida. Not a valid certification.**

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

______________District Of PUERTO RICO

| | | |
|---|---|---|
| In re GENEROSO DELILLO GUIDO, | ) | Case No. ____________ |
| Debtor | ) | |
| | ) | Chapter ____________ |
| GENEROSO DELILLO GUIDO | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. ____________ |
| JOHN GIANETTI, JR | ) | |
| Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

____________________ (Clerk of the Bankruptcy Court)

Date: ____________ By: ____________________(Deputy Clerk)

# CERTIFICATE OF SERVICE

I, ____________________________(name), certify that service of this summons and a copy of the complaint was made _______________________(date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ____________ Signature ____________________________________

Print Name: ___________________________

Business Address: ___________________________

___________________________